FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 06 2018 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW YORK

Heather L. Senior, Venus Delao, Brian E. Galli and Edwin Ortiz, individually and on behalf of all others similarly situated,

        Plaintiff,

-against-

EGS Financial Care, Inc.,

        Defendant.

Docket No: ~~01-18-0000-2512~~
17-cv-3680

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: September 4, 2018

| | |
|---|---|
| **SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.** | **BARSHAY SANDERS, PLLC** |
| By: /s Aaron Easley | By: /s Craig B. Sanders |
| Aaron Easley, Esq. | Craig B. Sanders |
| 3 Cross Creek Drive | 100 Garden City Plaza, Suite 500 |
| Flemington, New Jersey 08822 | Garden City, New York 11530 |
| Tel: (908) 237-1660 | Tel. (516) 203-7600 |
| *Attorneys for Defendant* | Email: *ConsumerRights@BarshaySanders.com* |
| | Our File No: 111526 |
| | *Attorneys for Plaintiff* |

The Clerk of the Court shall close the case.

SO ORDERED

Joseph Bianco
Joseph F. Bianco
USDJ

Date: Sept. 5, 2018
Central Islip, N.Y.